IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Brown, Theodora C

Printed: 6/17/08

Case Number: 04 B 18694
Judge: Hollis, Pamela S

Filed: 5/12/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 7, 2008
Confirmed: July 12, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,944.00 |  |
| Secured: |  | 3,240.28 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,400.00 |
| Trustee Fee: |  | 302.57 |
| Other Funds: |  | 1.15 |
| Totals: | 5,944.00 | 5,944.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,400.00 | 2,400.00 |
| 2. | Premier Motors | Secured | 3,240.28 | 3,240.28 |
| 3. | Ferleger & Associates LTD | Unsecured | 6.45 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 231.65 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 161.26 | 0.00 |
| 6. | Fan Distributing | Unsecured | 1,862.30 | 0.00 |
| 7. | Collins Financial Services Inc | Unsecured | 350.76 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 287.13 | 0.00 |
| 9. | Boyd A Jarrell Co Inc | Unsecured |  | No Claim Filed |
| 10. | AT&T Broadband | Unsecured |  | No Claim Filed |
| 11. | Ameritech | Unsecured |  | No Claim Filed |
| 12. | Circuit Court of Cook County | Unsecured |  | No Claim Filed |
| 13. | Citron | Unsecured |  | No Claim Filed |
| 14. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 16. | Comcast | Unsecured |  | No Claim Filed |
| 17. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 18. | Mars Inc | Unsecured |  | No Claim Filed |
| 19. | Illinois Dept Of Public Aid | Unsecured |  | No Claim Filed |
| 20. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 21. | NAC Cassel | Unsecured |  | No Claim Filed |
| 22. | R & R Country Motors | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 8,539.83 | $ 5,640.28 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Brown, Theodora C | Case Number: 04 B 18694 |
| | Judge: Hollis, Pamela S |
| Printed: 6/17/08 | Filed: 5/12/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 21.52 |
| 6.5% | 91.27 |
| 3% | 14.47 |
| 5.5% | 70.27 |
| 5% | 18.76 |
| 4.8% | 26.40 |
| 5.4% | 59.88 |
| | _____ |
| | $ 302.57 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

